IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Santos Villatoro Villatoro | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:15cv606 (JCC/TCB) |
| v. | ) | |
| | ) | |
| Crespo's General Contracting, LLC | ) | |
| and Richard Crespo | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Upon consideration of the March 28, 2016 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objection having been filed within fourteen days, and upon an independent review of the record, it is hereby

ORDERED that the Court adopts as its own the findings of fact and accepts the recommendation of the United States Magistrate Judge. The Clerk of Court shall enter default judgment in favor of the Plaintiff, Santos Villatoro Villatoro, and against the Defendants, Crespo's General Contracting, LLC and Richard Crespo in the amount of $41,042.68, which reflects $18,359.52 in unpaid overtime and minimum wages, $18,359.52 in liquidated damages, $3,740.00 in attorneys' fees, and $583.64 in costs.

/s/
James C. Cacheris
United States District Judge

Alexandria, Virginia
May 3, 2016